**Joseph Peter MARTIN III, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

No. 91–SC–39–KB.

Supreme Court of Kentucky.

Aug. 29, 1991.

### ORDER OF REINSTATEMENT

On recommendation of the Board of Governors of the Kentucky Bar Association, Joseph Peter Martin III is hereby reinstated to the practice of law.

Mr. Martin shall pay any costs incurred by the KBA in the processing of the application.

All concur.

ENTERED: August 29, 1991.

/s/ Robert F. Stephens
Chief Justice